Steven Louis BARNES, Plaintiff—Appellant,

v.

George DEDMONDT; Brain Williams; Shadell Stevens; Marcus Smith; Polly Hall; A. Dell Dobey; Brenda B. Carpenter; Heidi Pressley; Randy Doran; Lt. Karren Jaggers, official and individual capacity, Defendants—Appellees.

No. 09–6161.

United States Court of Appeals, Fourth Circuit.

Submitted: April 23, 2009.

Decided: May 5, 2009.

Steven Louis Barnes, Appellant Pro Se. William Henry Davidson, II, Daniel C. Plyler, Davidson & Lindemann, P.A., Columbia, South Carolina, for Appellees.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Louis Barnes appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint as to Defendant Carpenter. Several defendants remain party to the action pending below. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Barnes seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Tracy v. Robbins,* 373 F.2d 13 (4th Cir.1967). Accordingly, we grant Appellees' motion to dismiss, and dismiss the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*